## COWLITZ COUNTY DISTRICT COURT, STATE OF WASHINGTON
## SMALL CLAIMS NOTICE OF CLAIM

**21S000045**
CASE NUMBER

| PLAINTIFF(S) | | DEFENDANT(S) | |
|---|---|---|---|
| Name | James R. Abrams | Name | SEQUIUM ASSET SOLUTIONS, LLC |
| Street | 123 Whalen Rd | Street | 1130 Northchase Parkway, Suite 150 |
| City/State/Zip | Woodland WA 98674 | City/State/Zip | Marietta, GA 30067 |
| Phone | 206-707-6033 | Phone | 877-362-8766 |

**TO THE DEFENDANT(S)** - You are hereby notified that the plaintiff(s) has filed a claim against you in the above-entitled court. The reasons for the claim and the amount of the claim are stated below.

**ALL PARTIES listed are directed and required to appear personally in the Small Claims Department of Cowlitz County District Court located at:**

**312 SW 1st Ave, Kelso WA**

on  June 25, 2021 , at 9:00 a.m. to respond to the claim.

**STATEMENT OF CLAIM FOR $10,000 OR LESS IF AN INDIVIDUAL / $5,000 OR LESS IF A BUSINESS ENTITY**
**THE PLAINTIFF(S) SEEKS THE RECOVERY OF MONEY FROM THE DEFENDANT(S) AS FOLLOWS**

| The Reason(s) I Claim The Defendant(s) Owes Me Money | Itemized List of Amount(s) The Defendant(s) Owes Me | | | | |
|---|---|---|---|---|---|
| | Date Owed | Amount | Description of Amount Owed | Proof | |
| ☐ Landlord/Tennant Claim<br>I am the ☐ landlord ☐ tenant | 4/21/2021 | $1000 | Statutory Damages | ☒ Testimony<br>☒ Document | |
| ☐ Vehicle Claim<br>☐ Vehicle was not properly repaired<br>☐ Vehicle was repaired but not paid<br>☐ Vehicle was damaged<br>☐ Purchase/sale of vehicle | Upon Judgement | $1499.40 | 5 years daily credit monitoring and scores for Experian | ☒ Testimony<br>☒ Document | |
| ☐ Services Claim<br>☐ Services not properly performed<br>☐ Services performed but not paid | Upon Judgement | $1497.00 | 5 years daily credit monitoring and scores for, Equifax | ☒ Testimony<br>☒ Document | |
| ☐ Loan was Not Re-Paid | Upon Judgement | $597.00 | 5 years daily credit monitoring and scores for Transunion | ☒ Testimony<br>☒ Document | |
| ☐ The Item I Purchased Does Not Work<br>☐ My Property Was Damaged<br>☐ I Was Injured | Upon Judgement | $2000 | Emotional distress | ☒ Testimony<br>☐ Document | |
| ☐ Business Transaction | | $ | | ☐ Testimony<br>☐ Document | |
| ☐ NSF (Not Sufficient Funds) Check | | $ | | ☐ Testimony<br>☐ Document | |
| X Other (Describe) – Violations of state and federal fair credit and debt collections acts. | | $ | | ☐ Testimony<br>☐ Document | |

FILED
MAY 0 4 2021
COWLITZ COUNTY DISTRICT COURT

Total amount of money I claim the defendant(s) owe(s) me is $ 6593.4 .
** This amount may NOT exceed $10,000 if plaintiff(s) is an individual or $5,000 if plaintiff(s) is a business entity**

**To The Plaintiff -**
- The plaintiff's failure to specifically list the amount of each item being sought may result in a continuance or denial of that amount.
- The plaintiff(s) **should not** include the filing fee or service fee(s) in the itemized list of amounts being sought.
- Under "Proof," all applicable boxes (testimony and/or document) for each specific itemized amount sought must be checked.
- The plaintiff(s) is responsible for having the defendant(s) served with a copy of this claim and the court clerk cannot assist with service.
- If the plaintiff(s) fails to appear, the plaintiff's claim will be dismissed by the Court.

**To The Defendant(s) -**
- If the defendant(s) fails to appear at any hearing, judgment may be entered against defendant(s) for the amount of the claim.

**To All Parties –**
- **You are required to bring three (3) copies of all documentary evidence (including video and audio recordings) in support of and/or defense of this claim at the above noted pre-trial hearing. The Court will not consider any documentary evidence not timely provided at the pre-trial hearing at any subsequent hearings.**

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

__04/28/2021_____Woodland, WA_____    _James R. Abrams_ (signature)
DATE AND PLACE OF SIGNING                        PLAINTIFF

Revised 7/3/2019

NOTICE OF REMOVAL - EXHIBIT A

# ALL HEARINGS WILL BE CONDUCTED REMOTELY BY VIDEO CONFERENCING.

To protect and encourage public health, all District Court and Municipal Court courtrooms will be closed to the public. All hearings will be conducted via ZOOM. Go to the Cowlitz County District Court web page at www.co.cowlitz.wa.us/districtcourt for information and helpful videos regarding the use of ZOOM.

All participants are reminded you are appearing in a virtual courtroom. Your demeanor and your surroundings should reflect the serious nature of a court proceeding. There is no lessening of appearance standards. **If your background is inappropriate you will not be seen and a warrant may be issued for Failure to Appear.**

DISTRICT COURT OF WASHINGTON
FOR COWLITZ COUNTY

| | |
|---|---|
| JAMES R. ABRAMS,<br><br>                         Plaintiff,<br><br>v.<br><br>SEQUIM ASSET SOLUTIONS, LLC,<br><br>                         Defendant. | No. 21S000045<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

To:   Clerk of the District Court of Cowlitz County, Washington.

**PLEASE TAKE NOTICE** that on May 20, 2021, Defendant SEQUIUM ASSET SOLUTIONS, LLC filed a Notice of Removal of this action in the United States District Court for the Western District of Washington. A true and correct copy of this Notice of Removal is attached (without exhibits) as **Exhibit A** and is served and filed with this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446, the filing of said Notice affects the removal of this action to the federal court, and

NOTICE OF REMOVAL TO FEDERAL
COURT - 1

[21s000045]

1 this Court is directed to "proceed no further unless and until the case is
2 remanded." 18 U.S.C. § 1446(d).

Dated: May 20, 2021

SIMBURG, KETTER, SHEPPARD & PURDY, LLP

 *s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
Attorney for Defendant NCS
999 Third Avenue, Suite 2525
Seattle, WA  98104
Tel:206.382.2600; Fax: 206.223.3929
e-mail: ashafer@sksp.com

NOTICE OF REMOVAL TO FEDERAL COURT - 2

[21s000045]

# CERTIFICATE OF DELIVERY

I certify pursuant to the laws of the State of Washington that a true, correct and complete copy of the foregoing NOTICE OF REMOVAL TO FEDERAL COURT was filed with the above court and a copy was delivered to parties of record as follows:

| Party: James R. Abrams<br>123 Walen Rd.<br>Woodland, WA 98674 | E-Mail<br>Personal Service<br>USPS<br>Courier | ☐<br>☐<br>☒<br>☐ |
|---|---|---|

Dated at Everett, Washington:     May 20, 2021

                                                */s/ Andrew D. Shafer*
                                                Andrew D. Shafer, WSBA # 9405

NOTICE OF REMOVAL TO FEDERAL COURT - 3

[21s000045]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929