UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. ABRAMS,<br><br>Plaintiff,<br><br>v.<br><br>SEQUIUM ASSET SOLUTIONS LLC,<br><br>Defendant. | CASE NO. 21-CV-05374-LK<br><br>ORDER DENYING MOTION FOR CLARIFICATION AS MOOT |

 Before the Court is Plaintiff's Motion for Clarification of Local Civil Rule 23(i)(3). Dkt. No. 24. Plaintiff asks the Court to resolve three alleged ambiguities in Local Civil Rule 23(i)(3). *See id.* at 2–5 (seeking "clarification" on start of rule's 180-day timeframe, effect of amended complaints on rule's timeframe, and number of class-certification motions permitted under rule). On January 26, 2022, Chief Judge Martinez signed General Order 02-22 of the United States District Court for the Western District of Washington, amending the Local Civil Rules. General Order 02-22 repealed Local Civil Rule 23(i)(3) in its entirety. The amendments to the Local Civil Rules "apply to every civil case pending in the Western District of Washington without regard to

ORDER DENYING MOTION FOR CLARIFICATION AS MOOT - 1

when the case was filed." General Order 02-22 at 1. The Court therefore DENIES as MOOT Plaintiff's Motion for Clarification of Local Civil Rule 23(i)(3). Dkt. No. 24.

Dated this 11th day of February, 2022.

*Lauren King*

Lauren King
United States District Judge