UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. ABRAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>SEQUIUM ASSET SOLUTIONS LLC,<br><br>          Defendant. | CASE NO. 21-CV-05374-LK<br><br>ORDER REGARDING RULE 68 OFFER OF JUDGMENT |

Pursuant to Federal Rule of Civil Procedure 68(a), Defendant Sequium Asset Solutions, LLC made Plaintiff James Abrams an offer of judgment for his claims arising under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and Washington's Consumer Protection Act ("WCPA"), Wash. Rev. Code § 19.86.010 *et seq*. Dkt. No. 36 at 1, 3–5; *see* Dkt. No. 16 at 14–18. The offer is for $1,001.00 plus "all permissible costs incurred and reasonable attorneys' fees incurred in pursuing the claims against [Sequium] in this action prior to the expiration of th[e] offer[.]" Dkt. No. 36 at 4. The costs and attorney fees are "to be determined by the Court upon application by [Abrams] or by agreement of the parties." *Id*. Abrams timely accepted the offer. Dkt. No. 37 at 1.

ORDER REGARDING RULE 68 OFFER OF JUDGMENT - 1

Abrams shall accordingly file, within 14 days of the entry of this Order, a motion for attorney fees and costs supported by billing records, attorney affidavits, and any other documentation necessary to determine the reasonableness of the proposed fees and costs. *See Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 978–81 (9th Cir. 2008). Alternatively, the parties may agree to the amount of attorney fees and costs by filing a notice of agreement. The Court will then enter judgment in favor of Plaintiff.

Dated this 16th day of June, 2022.

*[signature: Lauren King]*

Lauren King
United States District Judge