# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. ABRAMS,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>SEQUIUM ASSET SOLUTIONS, LLC,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 21-CV-05374-LK |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　For the reasons set forth in the Court's June 16, 2022 Order Regarding Rule 68 Offer of Judgment, Dkt. No. 38, and its March 31, 2023 Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney Fees, Dkt. No. 59, judgment is entered in favor of Plaintiff in the sum of $1,001, plus an additional $43,639.58 in attorney fees and $0 in costs.

　　Dated July 19, 2023.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　*/s/Natalie Wood*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk